1,499-25,26,2=

June 17, 2015

Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711


RE: Ex Parte Bobby Brown     ~~WR~~ WR-1,499-25.


Dear Clerk:

The court or you presented my writ of Habeas Corpus to the court on May 11, 2015. Would you please let me know if a decision has been ruled. Thanks

Sincerely,
Bobby Brown

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk

Bobby Brown 1124005
Estelle Unit
264 fm 3478
Huntsville, Tx 77320


CC: